

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00826-CV

**IN THE INTEREST OF K.J.J., ET AL,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01058
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is a parental termination case in which appellant filed a notice of appeal asserting she is appealing the order of termination "heard on October 17, 2018." The clerk's record does not contain a copy of a signed order terminating appellant's parental rights. Rather, the clerk's record contains a document titled "JUDGE'S NOTES," dated October 17, 2018, on which the trial court made the following handwritten notations:

> Term. of PR re: Mom granted (o) fail to complete P/S. Post-term visits w/ Mo. OK. State named M/C. B.I. for these "high level need" kids[.] C&C evidence.

This court has specifically held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record." *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)). In other words, judge's notes do not constitute an appealable order. *See id.* Thus, it appears there is no judgment or order from which appellant may appeal.

Accordingly, we order appellant to show cause in writing to this court **on or before December 14, 2018,** why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. All appellate deadlines are suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court